

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Noble Drilling (Jim Thompson), LLC

Appellate case number:   01-14-00256-CV

Trial court case number:  2011-43366

Trial court:             215th District Court of Harris County

     The Court **REQUESTS** a response to Relator's Petition for Writ of Mandamus from Real Party in Interest, Salvadore Maciel. The response, if any, is due within 30 days of the date of this order.

     It is so ORDERED.


Judge's signature: /s/ Harvey Brown
               X  Acting individually     ☐ Acting for the Court


Date:  April 1, 2014